1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   HAKIM R. HASAN,                              No.  2:19-cv-0963 KJM DB P

13                 Petitioner,

14        v.                                      ORDER

15   STATE OF CALIFORNIA,

16                 Respondent.

17

18         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

20   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On December 5, 2019, the magistrate judge filed findings and recommendations, which

22   were served on petitioner and which contained notice to petitioner that any objections to the

23   findings and recommendations were to be filed within fourteen days.  (ECF No. 6.)  Petitioner has

24   filed objections to the findings and recommendations.  (ECF No. 7.)

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

27   findings and recommendations to be supported by the record and by the proper analysis in that

28   petitioner has not exhausted remedies as required to pursue a habeas petition.  This does not mean

1

petitioner is without some form of remedy if his allegations are proven true; but again habeas is not the vehicle for any such remedy.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2019, are adopted in full;

2. This action is dismissed without prejudice for failure to exhaust state remedies; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  January 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE